UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA           :        Mag. No. 20-mj-1044 (AMD)

    v.                                 :

ANDREW DRECHSEL                    :


<u>UNSEALING ORDER</u>

This matter having come before the Court on the application of the United States of America (Alisa Shver, Assistant U.S. Attorney, appearing) for an order that the Complaint filed in the above-captioned matter be unsealed; and for good cause shown,

It is on this 4th day of August, 2020

ORDERED that the Complaint filed in the above-captioned matter is unsealed

_____
HON. ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE