# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.   6:20-1575   GJK

ANDREW DRECHSEL

AUSA: Karen Gable
Defense Atty.: Michael Ryan

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly Courtroom 3C | DATE/TIME | August. 4, 2020 11:11-11:50 = 39 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Ivette Suarez |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C COMPLAINT/DETENTION HEARING
DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD for the hearing today
No issue as to identity
Gov summarizes charges/penalties
Gov seeks detention
Dft waives PE hearing in this district/Dft requests detention hearing today
Dft argues for release with third-party custodian
Dft counsel confers with proposed third-party custodian outside of court
Dft calls April Beckner witness/sworn and testifies
Gov cross examination
Dft re-direct
Dft argues for release
Gov argues for detention
Dft replies
Court detains dft as danger to the community and risk of flight
Court enters order of removal
Court adjourned

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO: 6: 20-1575

ANDREW DRECHSEL

---

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on August 4, 2020

*[signature]*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
Federal Public Defender

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO: 6:20-1575

ANDREW DRECHSEL

Charging District's
Case No. 20mj1044

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I, ANDREW DRECHSEL, understand that I have been charged in another district, the **District of New Jersey**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

## I AGREE TO WAIVE MY RIGHT(s) TO:

☐ a preliminary hearing

☐ a detention hearing

☒ an identity hearing, and or production of the warrant to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

August 4, 2020

_____
Defendant's Signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-    Case No. 6:20-mj-1576

ANDREW DRECHSEL

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Andrew Drechsel, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from **District of New Jersey** was held on **August 4, 2020.**

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **Andrew Drechsel** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **Andrew Drechsel** be held to answer in the district court in which the prosecution is pending. Final commitment given to United States Marshal.

**DONE and ORDERED** in Orlando, Florida, this ___4___ day of August, 2020.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District Court
United States Marshal
United States Attorney
Pretrial Services Office
Defense Counsel

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

VS.

ANDREW DRECHSEL

*Defendant*

CASE NO: 6:20-1576

Charging District's
Case No. 20mj1044

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the DISTRICT OF NEW JERSEY.

The defendant: is requesting court appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Date:   August 4, 2020