

**COUNSELORS AT LAW**

**146 ROUTE 34**
**SUITE 325**
HOLMDEL, NEW JERSEY 07733

(732) 476-2660   FAX (732) 946-7248

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

WOODBRIDGE OFFICE:
P.O. BOX 5600
WOODBRIDGE, NJ 07095
DELIVERY ADDRESS:
METRO CORPORATE CAMPUS I
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830
732-549-5600

**CHRISTOPHER D. ADAMS**
**CHAIR, CRIMINAL DEFENSE & REGULATORY COMPLIANCE GROUP**
**(732) 476-2692** - DIRECT DIAL
**(732) 476-2693** - DIRECT FAX
CADAMS@GREENBAUMLAW.COM

September 11, 2020

***VIA ECF***
Hon. Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      Re:    **United States v. Andrew Drechsel**
                 **Mag. No. 20-1044(AMD)**

Dear Judge Donio:

      Please accept this brief reply to the government's opposition to the defense request for bail. There are only two points to which I would like to respond: (1) the disingenuous and false suggestion that Mr. Drechsel's girlfriend is also a "victim"; and (2) there is no way to prevent his use of technology while in the home. I will address these points below even though I have not been provided a copy of the pretrial services report that was provided to and cited by the government. Govt. Br. at 2.

      The suggestion by the government that April Beckner is also a "victim" is false, and the implication made is beneath this US Attorney's office. The government tries to imply – in an effort to inflame the court – that because they have known each other for "nearly 10 years" that they have been in a sexual relationship for that long. That is false and they have no good faith basis to suggest it. What is worse is the only basis for that suggestion is the "spinning" of my characterization of their relationship as "partners" for "nearly 10 years." Putting aside the fact that the government's attempt to spin a "nearly" characterization in order to falsely claim a pattern by the defendant is egregious, it highlights how desperate its position is. Ms. Beckner was not 15 when her sexual relationship began with Mr. Drechsel and the government has no good faith basis to suggest that. If there is such a basis, the government should be required to

6480414.1

Hon. Ann Marie Donio, U.S.M.J.
September 11, 2020
Page 2

present it.  Otherwise, it should be required to retract that false statement.  It owes that duty of candor to the Court.  Frankly, if the government is so willing to play fast and loose with facts like this, the Court should seriously question the remaining facts contained in its motion that it suggests support the strength of its case.

Next, the government suggests the bail package is inadequate because "there is no realistic way to prevent the defendant from using a computer, smartphone, or other means of interstate commerce to contact other potential victims." Govt. Br. at 5.  This is not true.  First of all, the defendant would be required to follow the restrictions placed on him by the Court.  Restrictions like this are imposed routinely and defendants are required to follow them or face the consequences.  However, the proposed third-party custodians took the extraordinary, additional step yesterday and purchased a safe to keep all electronics out of reach of Mr. Drechsel.  *See* receipt attached as **Exhibit A**.  They then gathered Mr. Drechsel's personal phone, work phone, tablet, laptop, and Xbox controller with the power cord.  Together with Ms. Beckner's Phone and laptop, and their son's iPad, these items are being placed in the safe.  See photos, attached as **Exhibit B**.  The wifi password for the residence has also been changed and will not be shared with Mr. Drechsel.

I respectfully submit that, after an analysis of each of the statutory factors set forth in 18 U.S.C. § 3142(g), together with the proffered bail package, Mr. Drechsel has satisfied his "limited burden of production" and the Government cannot meet its burden that he presents a danger to the community or risk of flight that the assortment of bail conditions cannot eliminate.  Accordingly, the defense respectfully requests that the Court release Mr. Drechsel on the proposed bail package.

                 Respectfully yours,

                 */s/ Christopher D. Adams*

                 CHRISTOPHER D. ADAMS

cc: AUSA Alisa Shver
   USPTS Officer Wayne Webb

6480414.1