

13121 S. ORANGE BLOSSOM TRAIL
ORLANDO, FL 32837  (407)240-2491

6328  00062  74807    09/10/20  04:00 PM
SALE SELF CHECKOUT

049074018580 FIRESAFE <A>         199.00
    SENTRY FIRE SAFE-ELECTRONIC

                 SUBTOTAL         199.00
                 SALES TAX         12.94
                 TOTAL           $211.94
XXXXXXXXXXXX7691 VISA
                            USD$ 211.94
AUTH CODE 03260I/4625051             TA
Chip Read
AID A0000000031010         CHASE VISA



6328 62 74807 09/10/2020 0104

    RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRES ON
A      1       180        03/09/2021

 Due to COVID-19, we have extended our
    returns policy for most items.
  Please see homedepot.com for details.
 **************************************
          **DID WE NAIL IT?**

 Take a short survey for a chance TO WIN
     A $5,000 HOME DEPOT GIFT CARD

            Opine en español

        www.homedepot.com/survey

         User ID: H89 156231 149965
           PASSWORD: 20460 149903

 Entries must be completed within 14 days
   of purchase. Entrants must be 18 or
   older to enter. See complete rules on
     website. No purchase necessary.