AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20mj1044(AMD) |
| ANDREW DRESCHEL | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>4th and Cooper Streets<br>Camden, NJ 08101 | Courtroom No.: via Zoom |
|---|---|
| | Date and Time: 9/17/20 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Detention is warranted at this time, as set forth on the record on September 11, 2020, pending the hearing on September 17, 2020.

Date: 09/11/2020

*Judge's signature*

HON. ANN MARIE DONIO, U.S.M.J.
*Printed name and title*