# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**　　　　　　　　　　　　　　　　September 11, 2020

**Court Reporter:**  ZOOM

**Title of Case:**

Case No.  20-1044 (AMD)

UNITED STATES OF AMERICA

　　　　V.

ANDREW DRESCHEL
　　　　**DEFENDANT PRESENT**

**Appearances:**
Alisa Shver, AUSA for Government
Christopher Adams, Esq. for defendant
Wayne Webb, U.S. Pretrial Services

**Nature of Proceedings:**  Initial Appearance
Defendant consents to proceed by way of video conferencing
Order Regarding the use of Video Conferencing/Teleconferencing to be entered
Defendant advised of rights, charges, and penalties
Defendant waives formal reading of the complaint
Defendant waives preliminary hearing
Hearing on application by Government for detention
Hearing on defendant's Motion for Release from Custody [9]
Oral Opinion read into the record
Decision Reserved
Supplemental briefing to be submitted
Order Scheduling a Detention Hearing to be entered.
Ordered defendant remanded to the custody of Essex County Correctional Facility.

　　　　　　　　　　　　　　　　　　　s/Susan Bush
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Time Commenced: 2:05 p.m. Time Adjourned: 3:25 p.m.

 Total Time in Court: 1 hr. 20 mins.