as/2019R00942

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW DRECHSEL,<br><br>Defendant. | Crim. No. 23- 410 (JHR)<br><br>18 U.S.C. §§ 2252A(a)(2)(A), (b)(1), 2422(a) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for District of New Jersey charges:

## COUNT 1

### Receipt Child Pornography

From in or about March 2015 through in or about December 2016, in the District of New Jersey and in the District of Connecticut, and elsewhere, the defendant,

ANDREW DRECHSEL,

did knowingly receive, and attempt to receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce, including by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT 2

### Enticement to Travel for Illicit Sexual Conduct

From in or about January 2015 through in or about April 2016, in the District of New Jersey, in the District of Connecticut, and elsewhere, the defendant,

ANDREW DRECHSEL,

did knowingly persuade, induce, entice, and coerce an individual, that was Victim 1, who had not attained the age of 18 years, to travel in interstate commerce between New Jersey and Connecticut to engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, Unites States Code, Section 2422(a).

## FORFEITURE ALLEGATION

1.      The allegations contained in this Information are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253.

2.      Upon conviction of the offenses in violation of Title 18, United States Code, Section 2252A(a)(2)(A) set forth in this Information, the defendant,

## ANDREW DRECHSEL,

shall forfeit to the United States any property, real or personal, used or intended to be used in the commission of the offense, including:

      i.      One Asus GX531GX notebook PC, serial number K1NRCV03N107046;
      ii.     One Alienware 17 desktop computer, serial number 4J56862;
      iii.    One black HP laptop;
      iv.     One Samsung Galaxy S10+, IMEI number 354416100331420;
      v.      One HP desktop tower, serial number MX331302NT;
      vi.     One black custom built desktop tower, serial number 011118329718;
      vii.    One red T-Mobile cellular telephone, IMEI number 351809045289237;
      viii.   One black K-Swiss Sidekick T-Mobile cellular telephone, IMEI number 351680037509514;
      ix.     One gray HTC cellular telephone, H/M/D number 352628060141597;
      x.      One black Alienware desktop computer, serial number 16177087100155;
      xi.     One Nokia cellular telephone, serial number 012447005942262;
      xii.    One gray HTC T-Mobile cellular telephone, IMEI number 359902045339540;
      xiii.   One HTC T-Mobile cellular telephone, IMEI number 357267045208273;
      xiv.    One black HP Pavilion laptop computer, serial number CNF7471RGM; and
      xv.     One LG cellular telephone.

All pursuant to Title 18, United States Code, Section 2253(a) and Title 21, United States Code, Section 853(p).

## SUBSTITUTE ASSETS PROVISION

3. If any of the above forefeitable property, as a result of any act of omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to 18 U.S.C. § 2253(a)(1), (3), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

*Philip R. Sellinger by AZ*

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 2019R00942

# United States District Court
# District of New Jersey

### UNITED STATES OF AMERICA

v.

### ANDREW DRECHSEL

## INFORMATION FOR

**18 U.S.C. § 2252A(a)(2)(A) and (b)(1)**
**18 U.S.C. § 2422(a)**
**18 U.S.C. § 2253**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ALISA SHVER
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
*856-757-5026*