AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>ANDREW DRECHSEL<br><br>*Defendant* | )<br>)  Case No.  23- 410 (SHR)<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/1/23

*Defendant's signature*

*Signature of defendant's attorney*

Christopher Adams, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Joseph H. Rodriguez, Senior U.S. District Judge
*Judge's printed name and title*