UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN  DATE OF PROCEEDING: 05/31/2023
JUDGE JOSEPH H. RODRIGUEZ

COURT REPORTER: John Kurz

Docket # 23-410 (JHR)

TITLE OF CASE:
UNITED STATES OF AMERICA
        vs.

ANDREW DRECHSEL
        DEFENDANT PRESENT

APPEARANCE:
Alisa Shver, AUSA for Govt.
Christopher Adams, Esquire for Deft.


NATURE OF PROCEEDINGS:    WAIVER OF INDICTMENT & PLEA
On a two-count information
Ordered defendant sworn; defendant sworn.
Waiver of indictment filed.
INFORMATION filed.
PLEA:   GUILTY TO A TWO COUNT INFORMATION.
Terms of Plea Agreement read into the record
Ordered plea agreement approved.
Ordered plea accepted.
Plea Agreement and Rule 11 document to be entered.
Sentencing set for **Tuesday, October 24th, 2023, at 11:00 am.**
Ordered defendant remanded to the custody of the U.S. Marshal.

Time commenced: 10:45 am	Time Adjourned: 11:20 am	Total Time: 35 minutes

                              s/ *David Bruey*
                              DEPUTY CLERK

cc: Chambers