DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 23-410 (JHR) |
| v. | : | |
| ANDREW DRECHSEL | : | **SUBSTITUTION OF ATTORNEY** |

      PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Sara A. Aliabadi, Assistant U.S. Attorney (Sara.Aliabadi@usdoj.gov), in substitution for Alisa Shver, Assistant U.S. Attorney, who previously appeared in this matter.

      PHILIP R. SELLINGER
      UNITED STATES ATTORNEY

      *s/ Sara A. Aliabadi*
      By: SARA A. ALIABADI
      Assistant U.S. Attorney

Dated:   February 21, 2024