

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*401 Market Street, 4th Floor*　　　　　　　　　　856-757-5026
*Camden, New Jersey 08101*

<u>**Via Electronic Filing**</u>　　　　　　　April 18, 2024
The Honorable Renée M. Bumb
Chief United States District Judge
District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

      **Re:**   *United States v. Andrew Drechsel*, Crim. No. 23-cr-410

Dear Chief Judge Bumb:

      As you may be aware, I recently assumed responsibility for the prosecution of the above-captioned case, and the case recently was reassigned to Your Honor, and the sentencing hearing was scheduled for May 9, 2024. I recently learned that defense counsel is unavailable on this date, and it may present some difficulty for our victim support services as well.

      After consulting with defense counsel, Victim-1, the victim support personnel from our Office as well as from the FBI, and the FBI's crisis response canine handler—and after considering each of their schedules—the Government requests that the Court reschedule the sentencing hearing on one of the following dates, if possible: June 18, June 20, June 21, June 24, June 26, June 27, or June 28.

      Thank you for considering this request.

      Respectfully submitted,

      PHILIP R. SELLINGER
      United States Attorney

By:  Sara A. Aliabadi
     Assistant U.S. Attorney