# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 23-cr-410 (RMB) |
| : | |
| ANDREW DRECHSEL : | |

Please be advised that, on June 17, 2024, the United States submitted sentencing materials to the Court in this case concerning the defendant.

PHILIP R. SELLINGER
United States Attorney

*By: s/Sara Aliabadi*
Assistant U.S. Attorney