DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Andrew Drechsel

Defendant(s).

Criminal No. 1:23-cr-410

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, Jeremy Roebuck, wish to obtain a copy of the sentencing materials submitted to the Court on 06/17/2024 in this case as to defendant, Andrew Drechsel. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: jroebuck@inquirer.com
Address: The Philadelphia Inquirer
100 S. Independence Mall West, Suite 600
Philadelphia, PA 19106

By: Jeremy Roebuck