UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **CHIEF JUDGE RENÉE MARIE BUMB** | June 26, 2024 |

**COURT REPORTER: JOHN J. KURZ**

**OTHER: MATTHEW HULICK, DANIELLE VARGAS AND ANEL CEBALLOS PROBATION OFFICERS**

**Docket #** CR. 23-00410-001(RMB)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
          vs.
ANDREW DRECHSEL

**APPEARANCE:**
Sara Aliya Aliabadi, AUSA for Government
Christopher D. Adams, Esquire for defendant

**NATURE OF PROCEEDINGS:** SENTENCING ON A TWO-COUNT INFORMATION

Sentence:
Imprisonment: 121 months on each of Counts One and Two, to be served concurrently.
Supervised Release: 15 years with conditions. This term consists of terms of 15 years on each of Counts One and Two, to run concurrently.
Fine: waived.
Restitution in the amount of $100,000.00
Special Assessment of $200.00, consisting of $100.00 on each of Counts One and Two.
Defendant advised of right to appeal.
Ordered defendant to self-surrender for service of this sentencing to the institution designated by, and on a date set by, the Bureau of Prisons, preferably FCI Milan in Michigan.
Order to be entered.

| | |
|---|---|
| Time commenced: 11:15a.m. | Time Adjourned: 3:00p.m. |
| | Total Time: 3 Hours and 45 Minutes |
| | s/ Arthur Roney<br>DEPUTY CLERK |